# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **KEITH WAYNE ROBERTSON** | **CIVIL DOCKET NO. 3:24-CV-0656** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MAYOR JARROB BOTTLEY** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 11], noting the absence of objections thereto having been filed, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Keith Wayne Robertson's claims are DISMISSED WITHOUT PREJUDICE to his right to prosecute any appeal in his prior proceeding, 3:24-cv-0275. The claims are otherwise DISMISSED WITH PREJUDICE as duplicative, frivolous, and malicious.

THUS DONE AND SIGNED in Chambers on the 15th day of July, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE